UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES T. HOLDEN,

            Plaintiff,

      -against-

WEST FACILITY WARDEN, JOHN DOES #3
AND #4, WEST FACILITY MEDICAL
STAFF,

            Defendants.

26-CV-3199 (LTS)

ORDER DIRECTING PAYMENT OF FEE
OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. He initially raised his claims in *Holden v. EMTC Warden*, 25-CV-7187 (JAV) ("*EMTC Warden*"); on April 15, 2026, the court in *EMTC Warden* severed those claims and directed the Clerk of Court to open a new civil action. *EMTC Warden*, 25-CV-7187 (JAV), ECF 15 (S.D.N.Y. Apr. 15, 2026). Because the severed claims were opened as a new action in this district, Plaintiff is required to pay the fees for this new action or seek *in forma pauperis* ("IFP") status. *See, e.g.*, *Abreu v. Brown*, No. 18-CV-1634 (CM), 2018 WL 10125142, at *1 (S.D.N.Y. Mar. 16, 2018) (holding severed claims constitute a new action requiring plaintiff to pay the fees or submit an IFP application); *Wausau Bus. Ins. Co. v. Turner Const. Co.*, 204 F.R.D. 248, 250, 2001 WL 460928 (S.D.N.Y. 2001) (holding that "severed claims become entirely independent actions to be tried, and judgment entered thereon, independently") (internal citation omitted).

To proceed with this new civil action in this court, Plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed IFP, that is, without prepayment of fees, by submitting a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Accordingly, within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit an IFP application labeled with docket number 26-CV-3199 that provides facts to establish that he is unable to pay the filing fees. If the Court grants the IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

No summonses shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:    April 24, 2026
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2